Law Offices of
# MICHAEL J. ALBER, ESQ.
5036 Jericho Turnpike, Suite 305, Commack, New York 11725
<u>Telephone</u>: 631-462-6900             <u>Facsimile</u>: 631-462-6999
<u>www.alberlegal.com</u>

October 10, 2019

**<u>VIA EMAIL</u>**
Honorable Denis R. Hurley
100 Federal Plaza
Centra Islip, NY 11722

    RE: **<u>United States of America v. Terron Newsome and Fredjy Exavier</u>**
       19 CR 070

Dear Judge Hurley

  I represent Fredjy Exavier in the above captioned matter.  Mr. Exavier is scheduled for conference before Your Honor on Friday, October 11, 2019 at 10:30 AM.  Subject to the Court's schedule, it is our intention to present a bail package on behalf of Mr. Exavier at the conference tomorrow.

            Respectfully submitted
              /S/
            Michael J. Alber, Esq.
            Attorney Bar Code: MA 2901
            Attorney for Fredjy Exavier
            5036 Jericho Turnpike
            Commack, NY 11725
            Suite 305
            631-462-6900
            mja@alberlaw.com

Cc: ECF all counsel